STATE v. GOSS and STATE v. BRADSHER

No. 83 PC.

Case below: 28 N.C. App. 592.

Petition by defendant Goss for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. HAMILTON

No. 74 PC.

Case below: 28 N.C. App. 591.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. HEAD

No. 101 PC.

Case below: 28 N.C. App. 592.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976. Appeal dismissed 6 April 1976.

STATE v. HUNT

No. 76 PC.

Case below: 28 N.C. App. 591.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. HURLEY

No. 81 PC.

Case below: 28 N.C. App. 478.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.